WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, *v.* PEARL ADLER et al., Defendants, and SAMUEL UNGERLEIDER et al., Copartners Doing Business under the Firm Name of SAMUEL UNGERLEIDER & COMPANY, Respondents.

Argued December 4, 1936; decided December 31, 1936.

*Harold N. Cohen, Edward Feldman, Isadore H. Cohen* and *Carl J. Austrian* for appellant.

*Mortimer S. Gordon* and *Herman Keller* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.